

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-17-00014-CV |
| Trial Court Cause Number: | 2016-45823A |
| Style: | Dr. Michael Tyurin |
| | **v** Hirsch & Westheimer, P.C., Michael Conner and Jessica Levy |
| Date motion filed*: | March 22, 2017 |
| Type of motion: | Motion to Exceed Brief Length Limits |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Terry Jennings
      ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: May 18, 2017